# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | |
|---|---|---|
| CAROLYN WINGATE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:07-cv-02923 |
| | * | |
| JOHNS HOPKINS BAYVIEW MEDICAL CENTER, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL JOINDER OR TO DISMISS

The Plaintiff, Carolyn Wingate, (hereinafter "Plaintiff) by and through his undersigned counsel, and pursuant to Fed R. Civ. P. 7 (b) (1), files this motion in opposition to Defendant's Motion Compel Joinder or to Dismiss, for the following reasons:

1. Defendant's Motion to Compel Joinder or to Dismiss is moot as the Plaintiff has contemporaneously filed an Amended Complaint pursuant to Fed. R. Civ. P. 15(a).

WHEREFORE, Plaintiff requests that this Honorable Court DENY the Defendant's Motion to Compel Joinder or to Dismiss.

Respectfully submitted,

_____/s/_____
George A. Rose, Esq.

218 East Lexington Street,
Suite 500A
Baltimore, Maryland 21202
 (410) 727-7555
Trial Bar No. 26086

Attorneys for the Plaintiff